No. 173. AMALGAMATED CLOTHING W O R K E R S OF AMERICA ET AL. *v.* RICHMAN BROTHERS Co. Certiorari, 348 U. S. 813, to the United States Court of Appeals for the Sixth Circuit. The motion of the Government for leave to appear and present oral argument, as *amicus curiae,* is granted. *Solicitor General Sobeloff* filed the motion for the Government.

No. 184. WILLIAMSON, ATTORNEY GENERAL, ET AL. *v.* LEE OPTICAL OF OKLAHOMA, INC. ET AL.; and

No. 185. LEE OPTICAL OF OKLAHOMA, INC. ET AL. *v.* WILLIAMSON, ATTORNEY GENERAL. Appeals from the United States District Court for the Western District of Oklahoma. Probable jurisdiction noted, 348 U. S. 854. The motion for leave to file brief of Pennsylvania Optical Co., as *amicus curiae,* is denied.

No. 236. PENNSYLVANIA *v.* NELSON. Certiorari, 348 U. S. 814, to the Supreme Court of Pennsylvania, Western District. The motion of the State of New Hampshire for leave to appear and present oral argument, as *amicus curiae,* is granted. The United States, having heretofore been requested to file a brief, is invited to argue orally. *Louis C. Wyman,* Attorney General, filed the motion for the State of New Hampshire.

No. 512. S. HOWES Co., INC. *v.* W. P. MILLING Co. Appeal from the Supreme Court of Oklahoma. Probable jurisdiction noted. *A. Camp Bonds* and *Manly Fleischmann* for appellant. *Thomas L. Gibson* for appellee.